## CHASE *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 98, September Term, 1957.]

*Decided March 21, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The petitioner's sole contention in this application for leave to appeal from the denial of his petition for a writ of *habeas corpus* is that he is entitled to have time spent by him on parole credited to his original sentence. Whether a person returned to custody for violation of parole is to receive such credit is a matter resting in the discretion of the Board of Parole and Probation. Article 41, section 115, Code (1957). A failure of the Board to exercise its discretion so as to grant credit does not deprive the petitioner of any constitutional

right, even if we assume, without deciding, that such a question could be raised on *habeas corpus.* *Clark v. Warden,* 213 Md. 641, 642.

*Application denied, with costs.*